**DAVID M. ZANIEL, ESQ.**
Nevada Bar No. 7962
**RANALLI, ZANIEL, FOWLER & MORAN, LLC**
50 West Liberty Street, Suite 1050
Reno, Nevada 89501
Telephone: (775) 786-4441
dzaniel@ranallilaw.com
Attorneys for *United Financial Casualty Company*

**UNITED STATES DISTRICT COURT**

**DISTRICT OF NEVADA**

UNITED FINANCIAL CASUALTY COMPANY,

Plaintiff,

vs.

MATTHEW PREMO, and individual, and PREMO CONCRETE CONSTRUCTION, LLC EDWARD MONTANUCCI, an individual, PAULA MONTANUCCI, an individual, as Special Administrator of the ESTATE OF FALLON MONTANUCCI, AVALON MONTANUCCI, An individual, and DOES I-X; ROE CORPORATIONS or BUSINESSES I-X,

Defendants.

Case No. 3:22-cv-00540-MMD-CSD

**ORDER GRANTING STIPULATION OF DISMISSAL WITH PREJUDICE [FRCP 41(A)] AND ORDER FOR DISMISSAL**

IT IS HEREBY STIPULATED AND AGREED under Federal Rule of Civil Procedure 41(a)(1)(ii), by and between Plaintiff UNITED FINANCIAL CASUALTY COMPANY by and through their attorney of record DAVID M. ZANIEL, ESQ. of the law offices of RANALLI, ZANIEL, FOWLER & MORAN, LLC, and Defendants, MATTHEW PREMO, and individual, and PREMO CONCRETE CONSTRUCTION, LLC, through their counsel of record TAHNYA BALLARD ESQ. of the law firm of BALLARD LAW PRACTICE PLLC and Defendants

EDWARD MONTANUCCI, an individual, PAULA MONTANUCCI, an individual, as Special Administrator of the ESTATE OF FALLON, MONTANUCCI, AVALON MONTANUCCI by and through their attorney of records, GENE KAUFMANN ESQ. of the law office of GENE M. KAUFMANN that the above-entitled matter be dismissed with prejudice, with each of the parties to bear their own costs and fees.

Dated 10th day of July 2024.

RANALLI ZANIEL FOWLER MORAN

_/s/ *David Zaniel*_____________
David L. Zaniel, Esq.
Nevada Bar No. 7962
50 W. Liberty St., Suite 1050
Reno, Nevada 89501
*Counsel for Plaintiff UNITED*

Dated 10th day of July 2024.

BALLARD LAW PRACTICE PLLC

_/s/ *Tahnya Ballard*______
Tahnya Ballard Esq.
Nevada Bar No.3855
1329 Hwy. 395 North Suite 10-214
Gardnerville, NV 89410
*Attorneys for Defendant Matthew Premo and Premo Concrete Construction LLC*

Dated 10th day of July 2024.

LAW OFFICE OF GENE M. KAUFMANN

_/s/*Gene Kaufmann*___________________
Gene Kaufmann, Esq.
Nevada Bar No. 6704
1591 Mono Avenue Suite 102
Minden Nevada 89423
*Counsel for Montanucci Defendants*

*Case No. 3:22-cv-00540-MMD-CSD*
*United Financial v. Premo et al.*

**ORDER OF DISMISSAL**

Pursuant to the stipulation of the parties under Federal Rule of Civil Procedure 41(a)(1)(ii), IT IS ORDERED THAT THIS ACTION BE, AND HEREBY IS, DISMISSED WITH PREJUDICE as to all claims, causes of action, and parties, with each party bearing that party's own attorney's fees and costs. The Clerk is directed to close the file.

DATED this 11th day of July, 2024.

UNITED STATES DISTRICT COURT JUDGE